**SHA-1 Hash:** C8BB81092D6FC12707967239BB4F284405FC61D0     **Title:**     Big Tit Fanatic
**Rights Owner:** Patrick Collins, Inc.

| DOE# | IP | Hit date (UTC) | City | State | ISP | Network |
|---|---|---|---|---|---|---|
| 1 | 107.2.185.104 | 12/24/2011 3:34 | Denver | CO | Comcast Cable | BitTorrent |
| 2 | 174.51.219.207 | 12/31/2011 17:04 | Littleton | CO | Comcast Cable | BitTorrent |
| 3 | 24.9.145.42 | 1/25/2012 12:17 | Denver | CO | Comcast Cable | BitTorrent |
| 4 | 24.9.146.177 | 2/25/2012 13:39 | Denver | CO | Comcast Cable | BitTorrent |
| 5 | 67.161.192.62 | 12/8/2011 19:27 | Aurora | CO | Comcast Cable | BitTorrent |
| 6 | 71.237.34.55 | 2/29/2012 14:47 | Denver | CO | Comcast Cable | BitTorrent |
| 7 | 75.70.136.131 | 2/21/2012 4:49 | Colorado Springs | CO | Comcast Cable | BitTorrent |
| 8 | 75.70.165.125 | 12/10/2011 4:29 | Colorado Springs | CO | Comcast Cable | BitTorrent |
| 9 | 75.70.87.200 | 1/29/2012 21:00 | Fort Collins | CO | Comcast Cable | BitTorrent |
| 10 | 75.71.178.21 | 12/9/2011 12:28 | Broomfield | CO | Comcast Cable | BitTorrent |
| 11 | 75.71.186.50 | 2/18/2012 6:52 | Denver | CO | Comcast Cable | BitTorrent |
| 12 | 76.25.222.95 | 2/24/2012 18:40 | Greeley | CO | Comcast Cable | BitTorrent |

EXHIBIT A

CO33