**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No.  12-cv-00848-REB-MEH

PATRICK COLLINS, INC.

    Plaintiff,

v.

JOHN DOES 1-12,

    Defendants.

## ORDER OF DISMISSAL AS TO JOHN DOE 3, ONLY

**Blackburn, J.**

The matter is before me on the **Plaintiff's Notice of Settlement and Voluntary Dismissal With Prejudice of John Doe 3 Only** [#15][1] filed June 15, 2012.  After reviewing the notice and the record, I conclude that the notice should be approved and that plaintiff's claims against defendant John Doe 1 should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Plaintiff's Notice of Settlement and Voluntary Dismissal With Prejudice of John Doe 3 Only** [#15] filed June 15, 2012, is **APPROVED**;

2. That plaintiff's claims against defendant John Doe 3 are **DISMISSED WITH PREJUDICE**; and

---

[1] "[#15]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

     3.  That defendant John Doe 3 is **DROPPED** as a named party to this action, and the case caption is amended accordingly.

     Dated June 18, 2012, at Denver, Colorado.

**BY THE COURT:**

*Bob Blackburn*
Robert E. Blackburn
United States District Judge