**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No.  12-cv-00848-REB-MEH

PATRICK COLLINS, INC.

     Plaintiff,

v.

JOHN DOES 1-2, 4-6, and 8-12,

     Defendants.

**ORDER OF DISMISSAL AS TO JOHN DOES 1, 4, 5, 6, 8, 9, 11 AND 12
WITHOUT PREJUDICE**

**Blackburn, J.**

The matter is before me on the **Plaintiff's Notice of Voluntary Dismissal Without Prejudice of John Does 1, 4, 5, 6, 8, 9, 11 and 12** [#30][1] filed August 1, 2012. After reviewing the notice and the record, I conclude that the notice should be approved and that plaintiff's claims against defendants John Does 1, 4, 5, 6, 8, 9, 11 and 12 should be dismissed without prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That **Plaintiff's Notice of Voluntary Dismissal Without Prejudice of John Does 1, 4, 5, 6, 8, 9, 11 and 12** [#30] filed August 1, 2012, is **APPROVED**;

2. That plaintiff's claims against defendants John Does 1, 4, 5, 6, 8, 9, 11 and 12

---

[1] "[#30]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

are **DISMISSED WITHOUT PREJUDICE**; and

3. That defendants John Does 1, 4, 5, 6, 8, 9, 11 and 12 are **DROPPED** as a named parties to this action, and the case caption is amended accordingly.

Dated August 2, 2012, at Denver, Colorado.

BY THE COURT:

Robert E. Blackburn
United States District Judge