**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 12-cv-00848-REB-MEH

PATRICK COLLINS, INC.

      Plaintiff,

v.

JOHN DOES 1-2, 4-6, and 8-12,

      Defendants.

## ORDER OF DISMISSAL AS TO JOHN DOE 10, ONLY

**Blackburn, J.**

The matter is before me on the **Plaintiff's Notice of Voluntary Dismissal With Prejudice of John Doe 10** [#31][1] filed August 1, 2012. After reviewing the notice and the record, I conclude that the notice should be approved and that plaintiff's claims against defendant John Doe 10 should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That **Plaintiff's Notice of Voluntary Dismissal With Prejudice of John Doe 10** [#31] filed August 1, 2012, is **APPROVED**;

2. That plaintiff's claims against defendant John Doe 10 are **DISMISSED WITH PREJUDICE**; and

---

[1] "[#31]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

3.  That defendant John Doe 10 is **DROPPED** as a named party to this action, and the case caption is amended accordingly.

Dated August 2, 2012, at Denver, Colorado.

**BY THE COURT:**

Bob Blackburn
Robert E. Blackburn
United States District Judge