IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00848-REB-MEH

PATRICK COLLINS, INC.,

    Plaintiff,

v.

JOHN DOE 2,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on September 10, 2012.**

    Defendant John Doe 2's second Motion for Leave to Proceed Anonymously [filed September 7, 2012; docket #45] is **granted** as follows. Defendant may proceed anonymously in this matter as "John Doe 2" for the purpose of adjudicating a motion for protective order he intends to file in this case. Upon resolution of the motion for protective order, should the Defendant perceive a need to continue proceeding anonymously in this case, the Defendant must then seek permission from the Court to continue proceeding anonymously.