IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00848-REB-MEH

PATRICK COLLINS, INC.,

    Plaintiff,

v.

JOHN DOES 1-12,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on December 18, 2012.**

    The Unopposed Motion for John Doe 2 to Proceed Anonymously [filed December 17, 2012; docket #66] is **denied as moot**. On December 4, 2012, the Court found that Plaintiff had consented to Doe 2's request to proceed anonymously in this action and ordered that Defendant "Doe 2's identity remain restricted from the public until such anonymity becomes a hindrance or obstruction to the just, speedy and inexpensive adjudication of this action, or until further order of this Court." Docket #63.